IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

Case No. 2:20-CR-00005-M-2

TIMOTHY MARK HARRON,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

ORDER

This matter comes before the court on Defendant's motion for clarification [DE 176]. On August 7, 2023, Defendant filed a pro se motion for compassionate release. DE 171. On August 21, 2023, the court ordered the Office of the Federal Public Defender to represent Defendant pursuant to 19-SO-3. *See* Text Order dated Aug. 21, 2023. On August 25, 2023, Richard Croutharmel entered a notice of appearance in this case. DE 173. On September 25, 2023, Mr. Croutharmel moved to withdraw, DE 174, and the court granted that motion based on Mr. Croutharmel's representation that he reviewed the underlying files and did "not intend to file any pleadings pursuant to [Defendant's pro se] compassionate release motion, DE 175 at 1 (internal ellipses omitted).

On December 15, 2023, Defendant filed the motion for clarification, in which he asserts that he "was informed during his first and only telephone conference with [Mr.] Croutharmel [on September 8] that [Mr.] Croutharmel was unwilling the represent [him] in this matter." DE 176 at 1. Defendant further avers that his "myriad of health problems continue to provide a solid basis for Compassionate release, which continues to merit the assistance of counsel. *Id.* at 2. Based on the conflicting information in the record, the court finds that re-appointment of counsel is

1

warranted. Accordingly, pursuant to 19-SO-3, the Federal Public Defender is re-appointed as counsel to determine whether Defendant may qualify to seek a reduction of sentence.

SO ORDERED this 13Th day of June, 2024.

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE