IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

Case No. 2:20-CR-00005-M-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TIMOTHY MARK HARRON,

    Defendant.

ORDER

This matter comes before the court on a pro se letter from Defendant [DE 184]. In August 2023, Defendant filed a pro se motion for compassionate release. DE 171. Shortly thereafter, the court ordered the Office of the Federal Public Defender to represent Defendant pursuant to 19-SO-3. *See* Text Order dated Aug. 21, 2023. A few days later, Attorney Richard Croutharmel entered a notice of appearance in this case. DE 173. The next month, Mr. Croutharmel moved to withdraw, DE 174, and the court granted that motion based on Mr. Croutharmel's representation that he reviewed the underlying files and did "not intend to file any pleadings pursuant to [Defendant's pro se] compassionate release motion, DE 175 at 1 (internal ellipses omitted).

In December 2023, Defendant filed a motion requesting clarification of the court's order granting Mr. Croutharmel's motion to withdraw, in which Defendant asserted that he "was informed during his first and only telephone conference with [Mr.] Croutharmel [on September 8 2023] that [Mr.] Croutharmel was unwilling the represent [him] in this matter." DE 176 at 1. Based on Defendant's representations and "the conflicting information in the record," the court concluded "that re-appointment of counsel [wa]s warranted" and directed the "Federal Public

1

Defender" to re-appoint counsel for Defendant to determine whether he "may qualify to seek a reduction of sentence." DE 182 at 1-2.

Attorney Nardine Guirguis entered a notice of appearance on Defendant's behalf on June 21, 2024. DE 183. Now, Defendant (through his letter) requests progress on his compassionate release motion, which he filed over 18 months ago. Accordingly, the court directs counsel for Defendant to provide a status report on any pending filings no later than April 25, 2025.

SO ORDERED this 11th day of April, 2025.

*Richard E Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE